United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MARTIN MEJIA CAN § <br> "Petitioner," § <br> § <br> v. § <br> § Civil Action No. 1:25-cv-00314 <br> MIGUEL VERGARA, et al., § <br> § <br> "Respondents." § | |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Motion for Temporary Restraining Order and Request for Injunctive Relief" (Dkt. No. 2) ("Motion for TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and Motion for TRO **no later than 14 days after service of these filings upon Respondents**. Petitioner is **ORDERED** to file proof of service of the Petition and Motion for TRO as a docket entry no later than **January 19, 2026, at 5 p.m.** CST. The Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on January 5, 2026.

_____
Rolando Olvera
United States District Judge