Case 1:25-cv-00314   Document 6   Filed 02/19/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARTIN MEJIA CAN<br>"Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:25-cv-00314 |
| MIGUEL VERGARA, et al., | § § | |
| "Respondents." | § § | |

### ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Motion for Temporary Restraining Order and Request for Injunctive Relief" (Dkt. No. 2) ("TRO"), and "Proof of Service" (Dkt. No. 5). On January 5, 2026, this Court ordered Respondents to submit a response "no later than 14 days after service." Dkt. No. 4. The Court also ordered Petitioner to file proof of service on the Respondents as a separate docket entry. *Id*. Although Petitioner's Proof of Service was timely filed, it does not indicate that the United States attorney for the Southern District of Texas was served. *See* Dkt. No. 5.[1] As of the date of this Order, Respondents have not yet appeared in this action.

Accordingly, to ensure Respondents are properly served, the Clerk of Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), TRO (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and TRO **no later than 14 days after electronic service of these filings**. Once

---

[1] Filing an action against a federal agency or a federal employee in their official capacity requires service on the United States attorney for the district where the action is brought. *See* FED. R. CIV. P. 4(i)(1)-(2).

Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

                                      Signed on this 19th day of February 2026.

                                      _____
                                      Rolando Olvera
                                      United States District Judge